Adam Kravitz, Esq. – FL Bar No. 987425
        adam@kravitzco.com
Kravitz & Co. PA
444 Brickell Blvd., Suite 300
Miami, FL 33133
Telephone: (305) 335-0330
Facsimile: (305) 716-9174

Stanley C. Morris, Esq. (183620)
        scm@cormorllp.com
Brian T. Corrigan, Esq. (143188)
        bcorrigan@cormorllp.com
Corrigan & Morris LLP
201 Santa Monica Boulevard, Suite 475
Santa Monica, California 90401-2212
Telephone: (310) 394-2800
Facsimile: (310) 394-2825

Attorneys for Specially Appearing
Defendant, Florian Homm

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Securities and Exchange Commission, ) | Case No.: CV 11-01637 (GHK) (RZx) |
| ) | |
| Plaintiff, ) | **Defendant Florian Homm's Notice of** |
| vs. ) | **Motion and Motion to Stay Discovery** |
| ) | **and Extend Time for Florian Homm** |
| Todd M. Ficeto, Florian Homm, Colin ) | **To Satisfy Requirements of Rule 26,** |
| Heatherington, Hunter World Markets, ) | **Fed. R. Civ. Proc., Pending** |
| Inc. and Hunter Advisors LLC, ) | **Resolution of Motion To Dismiss** |
| ) | |
| Defendants, ) | Date: January 7, 2013 |
| ) | Time: 9:30 a.m. |
| ) | Place: Hon. George H. King, |
| ) | Ctrm 660, Roybal Fed. Bldg. |
| ) | 255 E. Temple Street |
| ) | Los Angeles, CA 90012 |
| ) | |

1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that on January 7, 2013 at 9:30 a.m. or as soon thereafter as the matter may be heard before the Hon. George H. King, Courtroom 660, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012, Defendant Florian Homm, specially appearing for the purpose of moving to dismiss this action based on lack of personal and subject matter jurisdiction, will, and hereby does, move for an order staying discovery in this case for all parties and suspending Florian Homm's obligations under Rule 26 of the Federal Rules of Civil Procedure pending this Court's determination of Homm's Motion to Dismiss under Rule 12(b). That motion will be filed on or around December 20, 2012 and is expected to be set for hearing before this Court on February 4, 2013.

Good cause exists to grant this Motion for the following reasons, as set forth in greater detail in the Memorandum of Points and Authorities filed herewith.

1. This cases arises out of an extraordinary extraterritorial reach by Plaintiff, the Securities and Exchange Commission (the "SEC"), to impose United States securities laws, relief and sanctions on foreign persons, including Homm, over foreign transactions between exclusively foreign funds, on the basis that these transactions indirectly affected the securities markets of the United States. The damages sought against these foreign parties by the SEC are not remotely tied to any damages actually suffered by any United States citizen. Instead, the relief sought is devoid of any logical tie to the United States or its interests.

2. As a result of the extraordinary foreign nature of this action, both the subject matter and personal jurisdiction issues in this case are extremely complex and involve actively developing areas of the United States securities laws.

3. At the same time, the exclusively foreign factual background of this case mandates that discovery be taken in foreign lands and, thus, would warrant substantial travel by counsel for Homm.

4. The SEC, as a United States governmental agency with unlimited resources, and which is armed with three years of pre-litigation investigative discovery, will not be harmed by a short stay of discovery.

5. Given the document intensive nature of the underlying claims, the SEC's production alone in its initial disclosures, according to the SEC, would require a 500 GB hard drive!

6. Homm should be allowed to raise his jurisdictional challenges as a preliminary matter before having to engage in extremely costly discovery.

This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Adam Kravitz, the entire record herein, and such further briefing and argument as the Court may hear.

This motion is made following an e-mail correspondence with counsel in compliance with Local Rule 7-3, which occurred on December 5-6, 2012.  In that correspondence, the parties were not able to agree on a resolution of the matters raised in this motion.

WHEREFORE, Defendant, Florian Homm, prays for an order staying all discovery in this case and suspending all obligations imposed on Florian Homm under Rule 26 of the Federal Rules of Civil Procedure until such time as this Court rules on Homm's Motion to Dismiss under Rule 12(b); and granting such other relief as this Court deems just.

Defendant Florian Homm's Notice of Motion and Motion to Stay Discovery and Extend Time for Florian Homm To Satisfy Requirements of Rule 26, Fed. R. Civ. Proc., Pending Resolution of Motion To Dismiss

1

Date:  December 10, 2012                  Kravitz & Co. PA

2

3                                         By:  __/s/ Adam Kravitz_____

4                                              Adam Kravitz

5

6

Date:  December 10, 2012                  Corrigan & Morris LLP

7

8                                         By:  __/s/ Stanley C. Morris____

9                                              Stanley C. Morris

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Florian Homm's Notice of Motion and Motion to Stay Discovery and Extend Time for Florian Homm To Satisfy
Requirements of Rule 26, Fed. R. Civ. Proc., Pending Resolution of Motion To Dismiss